# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRANSAMERICAN POWER PRODUCTS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>)     8:10-cv-00083 |
| vs. | )<br>)     ORDER |
| OMAHA PUBLIC POWER DISTRICT, | )<br>) |
| Defendant. | ) |

This matter is before the court on plaintiff's motion for leave to file an amended complaint (Filing 34). The motion, which does not state that it is unopposed, does not otherwise comply with the requirements of NECivR 15.1:

**15.1  Motion to Amend Pleading.**

(a) **Form and Content.** A party who moves for leave to amend a pleading (including a request to add parties) must file as an attachment to the motion an unsigned copy of the proposed amended pleading that clearly identifies the proposed amendments. Except as stated in these rules or court order, the proposed amended pleading must be a complete pleading that, if allowed to be filed, supersedes the original pleading in all respects; no part of the prior pleading may be incorporated into the proposed amended pleading by reference. The motion for leave to amend must (1) specifically state the proposed amendments and (2) state whether the motion is unopposed or opposed, after conferring with opposing parties.

* * * *

(c) **Filing of Amended Pleading.** The granting of the motion for leave to amend does not constitute filing the amended pleading. If granted leave to amend, the party must then file the amended pleading.

**IT IS ORDERED** that the motion (Filing 34) is denied, without prejudice to reassertion on or before **March 25, 2010** in full compliance with NECivR 15.1.

**DATED March 17, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**