# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TRANSAMERICAN POWER PRODUCTS,** | CASE NO. 8:10-CV-83 |
| **Plaintiff,** | ORDER |
| vs. | |
| **OMAHA PUBLIC POWER DISTRICT,** | |
| **Defendant.** | |

This matter comes before the court upon Plaintiff's Unopposed Motion for Leave to Amend (Filing No. 40). The court has reviewed the proposed pleading and, upon the representation that the motion is unopposed, finds that the motion should be granted.

**IT IS ORDERED** that the motion (Filing No. 40) is granted, as follows:

1. Plaintiff shall file and serve the amended complaint no later than April 15, 2010.

2. Defendant shall respond to the amended complaint within the time allowed by Fed. R. Civ. P. 15(a)(3).

**DATED March 25, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**