# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRANSAMERICAN POWER PRODUCTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) 8:10-cv-00083-LSC-FG3 ) ) |
| OMAHA PUBLIC POWER DISTRICT, | ) ORDER TO ) SHOW CAUSE ) |
| Defendant. | ) |

This matter is before the magistrate judge for full pretrial supervision.

The records of the court show that, by letter dated February 25, 2010, attorney Robert Joseph Kruckemeyer was directed to register to practice in this district and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") within fifteen (15) days.

The Clerk of the Court advises that, as of this date, Mr. Kruckemeyer has not complied with these requirements.

**IT IS ORDERED:**

1. On or before **May 10, 2010**, attorney Robert Joseph Kruckemeyer shall register to practice in this district and register for the court' CM/ECF System or show cause by written affidavit why he cannot comply with the rules of the court.

2. The Clerk shall mail a copy of this order to Robert Joseph Kruckemeyer at his last known address.

**DATED April 30, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**