IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRANSAMERICAN POWER PRODUCTS, INC., | ) ) ) | Case No. 8:10cv83 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| OMAHA PUBLIC POWER DISTRICT, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation, given to the magistrate judge by Steve Grasz and Timothy Thalken, counsel for the parties,

**IT IS ORDERED:**

1. On or before **July 21, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this June 21, 2010.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge